UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY APEL,

      Plaintiff,                        Case No. 1:12-cv-1146

v.                                      HON. ROBERT J. JONKER

VIKING CLIENT SERVICES,
INC., LVNV FUNDING LLC,
and RESURGENT CAPITAL
SERVICES, L.P.,

      Defendants.
_____/

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, with prejudice as to all defendants, and with no defendant having served either an answer or a motion for summary judgment.

Dated: December 10, 2012                /s/ Phillip C. Rogers
                                                    Phillip C. Rogers (P34356)
                                                      Attorney for Plaintiff
                                                      40 Pearl Street, N.W., Suite 336
                                                      Grand Rapids, Michigan 49503-3026
                                                      (616) 776-1176
                                                      ConsumerLawyer@aol.com